```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT


MICHAEL A. BURKE,                :
                                 :
     Plaintiff,                  :
                                 :
     v.                          :    CASE NO. 3:07CV1181(RNC)
                                 :
JAMES MIRON, ET AL.              :
                                 :
     Defendants.                 :
```

                        SANCTIONS ORDER

     The court's Recommended Ruling of February 20, 2009 (doc. #67), adopted by Judge Chatigny on March 24, 2009 (doc. #75), included a ruling that the defendants were entitled to monetary sanctions due to plaintiff's refusal to submit to a deposition. Specifically, the court ruled that the plaintiff should pay the defendants' reasonable fees and costs associated with the plaintiff's October 22, 2008 deposition and the defendants' motion for sanctions.  The defendants were ordered to submit affidavits itemizing their fees and costs, which they did on March 12, 2009.  (See doc. #73.)

     The court has reviewed the affidavit submitted by the defendants' counsel.  The defendants seek a total of $2,055 for their work associated with the deposition and the motion for sanctions.  Based on the court's familiarity with the rates charged in this district by counsel with similar experience as defense counsel, the rates charged by defendants' counsel are reasonable.  The court further finds that the time spent by

defense counsel in preparation for the deposition and in preparing the motion for sanctions was reasonable.

The plaintiff is ordered to pay sanctions of $2,055. Plaintiff's payment shall be made to the defendants' counsel on or before April 22, 2009.  Plaintiff is reminded that failure to comply with a court order may subject him to further sanctions, including the sanction of dismissal.

SO ORDERED at Hartford, Connecticut this 7th day of April, 2009.

```
       ____/s/_____
       Donna F. Martinez
       United States Magistrate Judge
```